# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160690(4)

TAJUAN WILLIAMS,
        Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.
_____/

SC: 160690
AGC: 19-0615

On order of the Chief Justice, plaintiff's motion to exceed the page limitation for a complaint for superintending control is GRANTED.  The 72-page complaint submitted on December 16, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2020



Clerk